

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 3, 2020

**BY ECF AND ELECTRONIC MAIL**
The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States* v. *Nicholas Joseph Genovese*, 18 Cr. 183 (WHP)

Dear Judge Pauley:

Pursuant to the Court's Order of December 12, 2019, the Government and defendant Nicholas Genovese through his counsel respectfully submit this joint letter to inform the Court that both parties are in agreement that there is no need for the Court to conduct a hearing pursuant to *United States* v. *Fatico*, 603 F.2d 1053 (2d Cir. 1979) in advance of the defendant's sentencing.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By:    _____/s/_____
    Samson Enzer
    Assistant United States Attorney
    Tel. (212) 637-2342

cc:  Alexander Eisemann, Esq.

    Application granted.

    SO ORDERED:

    _____
    WILLIAM H. PAULEY III
    U.S.D.J.

    January 8, 2020