

# ALEXANDER E. EISEMANN
ATTORNEY AT LAW

20 VESEY STREET, SUITE 400           282 KATONAH AVENUE, SUITE 244
NEW YORK, NEW YORK 10007              KATONAH, NEW YORK 10536

TEL: (212) 420-8300
FAX: (212) 420-8338
*aee@eislaw.com*

February 3, 2020

**VIA ECF**

Honorable William H. Pauley III
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:   United States v. Nicholas Genovese,
              18 Cr. 183 (WHP)

Dear Judge Pauley:

     I am the counsel for Nicholas Genovese, the defendant in the above-entitled case, who is scheduled to be sentenced next Tuesday, February 11, 2020, at 2:00 p.m. I write respectfully, and without objection by the Government, to request a one-day extension of the deadline to submit a sentencing letter on Mr. Genovese's behalf.

     There are two reasons for my request. First, I am only now receiving documents from TD Ameritrade from an account in Mr. Genovese's name that was frozen by the S.E.C. I need to review them to incorporate some information in my submission. Second, my sister was rushed to the emergency room yesterday with a potentially serious problem and I spent much of the day dealing with that, which has set me back in my efforts to finish today.

     Assistant United States Attorney Sam Enzer has no objection to my request and has indicated that if it is granted, then he would appreciate the Government's deadline being extended by one day as well. He is prepared to file his submission today, however, if that is your Honor's preference. Of course, I have no objection to his request.

Accordingly, without objection by either party, I respectfully request that the deadline for sentencing submissions by both parties be extended by one day, to February 4, 2020, and thank your Honor for considering this request.

Respectfully submitted,

Alexander E. Eisemann

cc: Samson Enzer, Esq.
 (via ECF)

**Application granted.**

Dated: February 3, 2020
 New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.