# ALEXANDER E. EISEMANN
ATTORNEY AT LAW

20 VESEY STREET, SUITE 400          282 KATONAH AVENUE, SUITE 244
NEW YORK, NEW YORK 10007            KATONAH, NEW YORK 10536

TEL: (212) 420-8300
FAX: (212) 420-8338
*aee@eislaw.com*

February 29, 2020                                   Application granted.

**VIA ECF**                                         SO ORDERED:

Honorable William H. Pauley III
United States District Judge                        /s/ William H. Pauley III
Southern District of New York                       WILLIAM H. PAULEY III
United States Courthouse                            U.S.D.J.
500 Pearl Street
New York, New York 10007

       Re:  United States v. Nicholas Genovese,     March 13, 2020
            18 Cr. 183 (WHP)

Dear Judge Pauley:

    I am retained counsel for Nicholas Genovese, the defendant in the above-entitled case, who was sentenced by your Honor on February 11, 2020.

    Mr. Genovese has filed a CJA 23 affidavit, which demonstrates that is unable pay for my legal representation going forward. Mr. Genovese has also timely filed a notice of appeal and the Administrative Attorneys in the Second Circuit inform me that the granting of a motion by me to be relieved in the district court is the first step in Mr. Genovese being allowed to proceed *in forma pauperis* on appeal, including having the $505 filing fee otherwise required for his notice of appeal waived.

    Accordingly, I respectfully request that I be relieved as Mr. Genovese's counsel and that CJA counsel be appointed to continue his representation.

    I thank your Honor for considering this request.

                             Respectfully submitted,

                             Alexander E. Eisemann

cc: Samson Enzer, Esq.
    (via ECF)