UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,              :
                                       :
     -against-                        :          18 Cr. 183 (WHP)
                                       :
NICHOLAS GENOVESE                      :          ORDER
                            Defendant,   :
-------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

      Calvin Scholar, Esq. is appointed pursuant to the Criminal Justice Act to represent Nicholas Genovese, *nunc pro tunc* to March 25, 2020.

Dated:  April 2, 2020
         New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.