```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
UNITED STATES OF AMERICA                                             :
                                                                     :
                -v-                                                  :     18-CR-183 (JMF)
                                                                     :
NICHOLAS JOSEPH GENOVESE,                                            :         ORDER
                                                                     :
                                Defendant.                           :
                                                                     :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

    On August 2, 2021, the Court received the attached letter, via email, dated August 2, 2021, from an alleged victim of the Defendant.

    SO ORDERED.

Dated: August 5, 2021  
       New York, New York

                                              JESSE M. FURMAN  
                                              United States District Judge

8/2/21

CASE # 2018R00129
Docket # 18-CR-00183

U.S. Department of Justice
Southern District of New York
One St. Andrews Plaza
N.Y., N.Y. 10007
AT: Judge Furman

Dear Judge Furman,

My brother, Randy Orley and I are victims of Nicholas Genovese. Nicholas Genovese is a bad guy. Had you presided at his trial, you would have heard many victims saddened, broken and destroyed by the trust they gave to Mr. Genovese. Genovese is a repeat offender who was very polite and personable, in order to entangle his victims in his web of lies and deceit. Mr. Genovese irreparably changed our lives financially and has shaken our faith in others that we entrust. Mr. Genovese has shown no remorse and our courts should not permit this menace to society to walk our streets. He has not paid for his crime and there has been $0. financial restitution to the victims.

Sincerely,
Geoffrey A. Orley
Geoffrey A. Orley