

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 15, 2021

**BY ECF**
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   United States v. Nicholas Genovese, 18 Cr. 183 (JMF)

Dear Judge Furman:

    I write to respectfully request that the Court remove me as counsel of record in this case because I am leaving the United States Attorney's Office for other employment.

    Thank you very much for the Court's consideration.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
Southern District of New York

By:   _____
Samson Enzer
Assistant United States Attorney
Tel. (212) 627-2342

cc:   All counsel of record

Application GRANTED. The Clerk of Court is directed to terminate Doc. #127. SO ORDERED.

September 15, 2021