# MAHER & PITTELL, LLP

ATTORNEYS AT LAW

*Reply To:*  
**42-40 Bell Blvd, Suite 302**  
**Bayside, New York 11361**  
**Tel (516) 829-2299**  
*jp@jpittell.com*

*Long Island Office*  
**10 Bond St, Suite 389**  
**Great Neck, New York 11021**  
**Tel (516) 829-2299**  
*jp@jpittell.com*

March 21, 2022

Hon. Jesse M. Furman  
U.S. Courthouse  
40 Foley Square  
New York, NY 10007

Re:  *Genovese v. U.S.,* 22 Cv 800 [Petition for Writ of Habeas Corpus]  
     *U.S. v. Genovese* 18 Cr 183 [Underlying criminal case]

Dear Judge Furman:

I have been appointed as counsel for Mr. Genovese in the above referenced habeas matter.

I note that, as indicated in your Order dated February 24, 2022, at this point, my appointment is limited to briefing issues regarding timeliness and waiver.

I have conferred with the Government, and subject to the Court's approval, we propose the following briefing schedule regarding these issues:

April 20, 2022 - Petitioner's Submission  
May 20, 2022  - Respondent's Response  
June 3, 2022   - Petitioner's Reply (if any)

Respectfully submitted,  
/s/  
Jeffrey G. Pittell

cc:  Patrick Moroney, AUSA  
     Nicholas Genovese

Application GRANTED. The Clerk of Court is directed to terminate Doc. #136 in 18-CR-183 (JMF) and Doc. #10 in 22-CV-800 (JMF). SO ORDERED.

March 21, 2022