UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
NICHOLAS J. GENOVESE,                                              :
                                                                   :
                          Plaintiff,,                              :
                                                                   :       22-CV-800 (JMF)
              -v-                                                  :       18-CR-183 (JMF)
                                                                   :
UNITED STATES OF AMERICA,                                          :       ORDER
                                                                   :
                          Defendant.                               :
                                                                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In a *pro se* letter dated July 10, 2022, Nicholas Genovese moves for a ninety-day extension of his deadline to respond on the merits to the Government's opposition to his Section 2255 motion, citing COVID-19.  *See* 22-CV-800, ECF No. 15.  That motion is GRANTED.  Accordingly, Genovese shall file his any reply by **October 12, 2022**.  **No further extensions of that deadline will be granted.**  Genovese's related request for reconsideration of the Court's denial of counsel with respect to the merits is DENIED.  *See Hodge v. Police Officers*, 802 F.2d 58, 61-62 (2d Cir. 1985).  The Clerk of Court is directed to mail a copy of this Order to Genovese and to terminate 22-CV-800, ECF No. 15.

      SO ORDERED.

Dated: July 19, 2022
       New York, New York
                                                JESSE M. FURMAN
                                         United States District Judge